

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO GARCIA,<br>  also known as "Chubbs" | 1:25-cr-00667<br>Judge Lindsay C. Jenkins<br>Magistrate Judge Beth W. Jantz<br>RANDOM/Cat. 4<br><br>Violation: Title 21, United States Code, Section 841(a)(1)<br><br>**UNDERSEAL** |

The SPECIAL MAY 2024 GRAND JURY charges:

On or about December 2, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

ROBERTO GARCIA,
  also known as "Chubbs"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY